Certificate Number: 12433-PAM-DE-033611536

Bankruptcy Case Number: 19-03928



12433-PAM-DE-033611536

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2019, at 8:30 o'clock AM EDT, Colin Peters completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 28, 2019      By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher