```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 19-03928-RNO
Colin David Peters                                             Chapter 13
        Debtor             CERTIFICATE OF NOTICE
District/off: 0314-5          User: LyndseyPr             Page 1 of 1           Date Rcvd: Oct 30, 2019
                              Form ID: ntcnfhrg           Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
```
db              Colin David Peters,    Post Office Box 1047,    Blakeslee, PA   18610-1047
5246436        +AR RESOURCES INC,    1777 SENTRY PKWY W,    BLUE BELL, PA 19422-2206
5246437        +CAPITAL BANK,    1 CHURCH STREET,    ROCKVILLE, MD 20850-4190
5246439        +FINANCIAL RECOVERIES,    200 E PARK DR STE 100,    MOUNT LAUREL, NJ 08054-1297
5246440         FIRST PREMIER BANK,    3820 N LOUISE AVE,    SIOUX FALLS, SD 57107-0145
5246441        +KML LAW GROUP,    STE 5000,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1541
5246444         SANTANDER CONSUMER USA,    ATTN BANKRUPTCY DEPT,    PO BOX 560284,    DALLAS, TX 75356-0284
5246445         UNIVERSITY RADIOLOGY GROUP PC,    PO BOX 1075,    EAST BRUNSWICK, NJ 08816-1075
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5246435         E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 30 2019 19:36:41
                 AMERICREDIT FINANCIAL SERVICES,    801 CHERRY STREET,    FORT WORTH, TX 76102
5246438        +E-mail/Text: bankruptcy@sw-credit.com Oct 30 2019 19:37:03       COMCAST,
                 C/O SOUTHWEST CREDIT SYSTEMS,    4120 INTERNATIONAL PKWY SUITE 1100,
                 CARROLLTON, TX 75007-1958
5246442         E-mail/Text: krivera@leadersfc.com Oct 30 2019 19:36:03       LEADERS FINANCIAL COMPANY,
                 21 COMMERCE DRIVE STE 101,    CRANFORD, NJ 07016
5246443         E-mail/Text: camanagement@mtb.com Oct 30 2019 19:36:44       M&T BANK,    ONE FOUNTAIN PLAZA,
                 BUFFALO, NY 14203
5246446        +E-mail/Text: bnc-bluestem@quantum3group.com Oct 30 2019 19:37:16       WEBBANK/FINGERHUT,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent    Rubino    on behalf of Debtor 1 Colin David Peters
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                              TOTAL: 4
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Colin David Peters,<br>aka Colin D. Peters, aka Colin Peters, aka Collin Peters,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:19–bk–03928–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **December 13, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: December 20, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 30, 2019 |

ntcnfhrg (03/18)