**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

November 13, 2019

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

      Re:    Colin David Peters
               Case No. 5:19-bk-03928

Dear Clerk:

    We have been advised of a change of address for a creditor in the above-referenced case, as follows:

        From:    Capital Bank
                     1 Church Street
                     Rockville, MD 20850-4190

        To:        Capital One
                     PO Box 30285
                     Salt Lake City, UT 84130-0285

    Please correct the mailing matrix accordingly. Thank you.

                                                       Very truly yours,

                                                       */s/ Vincent Rubino*

                                                       Vincent Rubino