```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 19-03928-RNO
Colin David Peters                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: KarenDavi     Page 1 of 1     Date Rcvd: Dec 05, 2019
                         Form ID: ntcltrdb     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5246442         E-mail/Text: krivera@leadersfc.com Dec 05 2019 19:09:37      LEADERS FINANCIAL COMPANY,
            21 COMMERCE DRIVE STE 101,    CRANFORD, NJ 07016
                                                                                                                                                                                                                        TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor    M&T Bank   bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent    Rubino    on behalf of Debtor 1 Colin David Peters
           lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
           williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                                                                                                                                                   TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | | |
|---|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | | |
| In re: | | |
| Colin David Peters,<br>aka Colin D. Peters, aka Colin Peters, aka Collin Peters, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19–bk–03928–RNO |

### Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#5) has been filed by the Debtor on behalf of Leaders Financial Company in the amount of $5546.63.

| **Address of the Bankruptcy Clerk's Office:**<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 5, 2019 |

ntcltrdb 05/18