UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Colin David Peters | : | No. 5:19-bk-03928-RNO |
| aka Colin D. Peters | : | Chapter 13 |
| aka Colin Peters | : | |
| aka Collin Peters | : | |
| Debtors | : | |

| | | |
|---|---|---|
| M&T Bank | : | |
| Movant | : | Motion for |
| v. | : | Relief from Stay |
| Colin David Peters | : | |
| aka Colin D. Peters | : | |
| aka Colin Peters | : | |
| aka Collin Peters | : | |
| Debtor, | : | |
| and | : | |
| Charles J. DeHart, III Esq. | : | |
| Trustee | : | |

ANSWER TO MOTION OF M&T BANK
FOR RELIEF FROM STAY

AND NOW COMES Debtor, Colin David Peters, by and through his attorneys, Newman, Williams, P.C., and in Answer to the Motion of M&T Bank for Relief from Stay aver as follows:

1. Admitted.

2. Admitted except the address of the mortgage premises is 183 Anna Road, Blakeslee, PA 18610.

3. Admitted.

4. Admitted.

5. Denied. This paragraph represents a legal conclusion to which no response is necessary. To the extent the Court determines there to be a factual averment in this paragraph requiring response it is specifically denied.

6. Denied. After reasonable investigation the Debtors are without knowledge sufficient to form a belief as to the truth of these averments.

7. Denied. After reasonable investigation the Debtors are without knowledge sufficient to form a belief as to the truth of these averments.

8. Denied. This paragraph represents a legal conclusion to which no response is necessary. To the extent the Court determines there to be a factual averment in this paragraph requiring response it is specifically denied.

9. Denied. After reasonable investigation the Debtors are without knowledge sufficient to form a belief as to the truth of these averments.

10. Denied. This paragraph represents a legal conclusion to which no response is necessary. To the extent the Court determines there to be a factual averment in this paragraph requiring response it is specifically denied.

WHEREFORE, Debtor, Colin David Peters, respectfully prays this Honorable Court for an Order that the Motion of M&T Bank for Relief from Stay be denied and for such other and further relief as the Honorable Court deems just and appropriate.

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell_____
Robert J. Kidwell, Esquire
Attorney for Debtor
PO Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090; fax (570) 424-9739
rkidwell@newmanwilliams.com