IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Colin Peters | : | Chapter 13 |
|         Debtor | : | |
| | : | No. 5:19-bk-03928 |
| | : | |
| Old Farm Estates Homeowners | : | |
| Association, Inc. | : | |
|         Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Colin Peters | : | |
|         Respondent | : | |

## ORDER

AND NOW, this _____ day of _____, 2021, it is hereby ORDERED that Movant, Old Farm Estates Homeowners Association, Inc.'s, Motion for Relief from the Automatic Stay is GRANTED.

_____ J.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| Colin Peters | : Chapter 13 |
|         Debtor | : |
| | : No. 5:19-bk-03928 |
| | : |
| Old Farm Estates Homeowners | : |
| Association, Inc. | : |
|         Movant | : |
| | : |
| v. | : |
| | : |
| Colin Peters | : |
|         Respondent | : |

## MOVANT, OLD FARM ESTATES HOMEOWNERS ASSOCIATION, INC.'S, MOTION FOR RELIEF FROM AUTOMATIC STAY

Movant, Old Farm Estates Homeowners Association, Inc., by its attorney, Edward Hoffman, Jr., Esquire, hereby moves this Honorable Court for relief from the automatic stay, and in support thereof asserts the following:

1. The Debtor owns the property at 183 Anna Road, Blakeslee, Pennsylvania. The property is a Unit in Old Farm Estates Homeowners Association, Inc.

2. At the time of the filing of this proceeding, debtor, Colin Peters, was indebted to the Association for assessments and related charges, all of which were and are due under the Association's Declaration, its Bylaws, and the Pennsylvania Uniform Planned Community Act, 68 Pa. C.S. 5101, *et seq.*

3. As a purported owner of the Unit, the Debtor is liable on an ongoing basis for the association fees against the Unit, including fees that are assessed and become due after the filing of this Motion for Relief.

4. Since the filing of his Petition, the Debtor has not paid any of the post-petition assessments and related charges due to the Association. A true and correct copy of the Transaction Listing, which is a business record of the Association and which shows all charges and credits to the account, is attached to this Motion.

**WHEREFORE**, Old Farm Estates Homeowners Association, Inc., respectfully requests that this Honorable Court grant it relief from the automatic stay so that it may take any and all actions necessary or appropriate to collect the post-petition association assessments and related charges (i.e. interest, late fees and collection expenses) which are or maybe due to the Association from Colin Peters on account of his residence of 183 Anna Road, Blakeslee, PA.

**HOFFMAN LAW LLC**

By: _____
Edward Hoffman, Jr., Esquire
Attorney for Movant
P.O. Box 609
Montgomeryville, PA 18936
484-229-8850

# Owner Payment History

**Old Farm Estates HOA**  
Colin Peters  
183 Anna Road  
Blakeslee PA 18610  
~~LOT 12 - ACCOUNT 12~~  
As of 5/28/2021

Run Date: 05/28/2021  
Run Time: 10:45 AM

| Date | Payments | Description | Code | Amount | Balance |
|---|---|---|---|---|---|
| 1/1/2018 | | | A1 - ASSESSMENT | $423.00 | |
| 1/15/2018 | | | 04 - Interest | $12.58 | |
| 2/15/2018 | | | 04 - Interest | $12.58 | |
| 3/15/2018 | | | 04 - Interest | $11.36 | |
| 4/15/2018 | | | 04 - Interest | $12.58 | |
| 5/15/2018 | | | 04 - Interest | $12.17 | |
| 6/11/2018 | | | A1 - ASSESSMENT | ($564.48) | |
| 6/11/2018 | | | 04 - Interest | ($120.07) | |
| 6/15/2018 | | | 04 - Interest | $5.39 | |
| 7/15/2018 | | | 04 - Interest | $5.21 | |
| 7/23/2018 | | | 11 - Resale Cert. | ($250.00) | |
| 7/23/2018 | | | A1 - ASSESSMENT | ($423.00) | |
| 7/23/2018 | | | 04 - Interest | ($31.84) | |
| 7/23/2018 | | | 11 - Resale Cert. | $250.00 | |
| 8/29/2018 | | | 04 - Interest | ($5.21) | |
| 10/15/2018 | | | 11 - Resale Cert. | ($250.00) | |
| 10/15/2018 | | | 11 - Resale Cert. | $250.00 | |
| 1/1/2019 | | | A1 - ASSESSMENT | $423.00 | |
| 2/15/2019 | | | 04 - Interest | $5.39 | |
| 3/15/2019 | | | 04 - Interest | $5.04 | |
| 4/15/2019 | | | 04 - Interest | $5.39 | |
| 5/15/2019 | | | 04 - Interest | $5.21 | |
| 6/15/2019 | | | 04 - Interest | $5.39 | |
| 7/15/2019 | | | 04 - Interest | $5.21 | |
| 8/15/2019 | | | 04 - Interest | $5.39 | |
| 9/1/2019 | | | 11 - Resale Cert. | $250.00 | |
| 9/15/2019 | | Apply Interest | 04 - Interest | $5.39 | |
| 10/15/2019 | | Apply Interest | 04 - Interest | $5.21 | |
| 11/15/2019 | | Apply Interest | 04 - Interest | $5.39 | |
| 12/1/2019 | | Add Charge | 05 - Attorney Fees | $260.00 | |
| 12/15/2019 | | Apply Interest | 04 - Interest | $5.21 | |
| 1/1/2020 | | Add Charge | 05 - Attorney Fees | $547.25 | |
| 1/1/2020 | | Apply Charges | A1 - ASSESSMENT | $423.00 | |
| 1/15/2020 | | Apply Interest | 04 - Interest | $5.39 | |
| 2/15/2020 | | Apply Interest | 04 - Interest | $10.78 | |
| 3/15/2020 | | Apply Interest | 04 - Interest | $10.08 | |
| 4/15/2020 | | Apply Interest | 04 - Interest | $10.43 | |
| 5/15/2020 | | Apply Interest | 04 - Interest | $10.43 | |

| Date | Payments | Description | Code | Amount | Balance |
|---|---|---|---|---|---|
| 6/15/2020 | | Apply Interest | 04 - Interest | $10.78 | |
| 7/15/2020 | | Apply Interest | 04 - Interest | $10.43 | |
| 7/28/2020 | | Waive Charge | A1 - ASSESSMENT | ($423.00) | |
| 7/28/2020 | | Waive Charge | 04 - Interest | ($88.04) | |
| 7/28/2020 | | Waive Charge | 11 - Resale Cert. | ($250.00) | |
| 7/31/2020 | | Beginning Balance | 04 - Interest | $38.50 | $38.50 |
| 7/31/2020 | | Beginning Balance | 05 - Attorney Fees | $807.25 | $845.75 |
| 7/31/2020 | | Beginning Balance | A1 - ASSESSMENT | $423.00 | $1,268.75 |
| 8/17/2020 | | Apply Interest | 04 - Interest | $15.63 | $1,284.38 |
| 9/15/2020 | | Apply Interest | 04 - Interest | $15.63 | $1,300.01 |
| 10/15/2020 | | Apply Interest | 04 - Interest | $5.20 | $1,305.21 |
| 12/15/2020 | | Apply Interest | 04 - Interest | $5.20 | $1,310.41 |
| 1/1/2021 | | Apply Charges | A1 - ASSESSMENT | $423.00 | $1,733.41 |
| | | | C3 - Reserve Assessment | $50.00 | $1,783.41 |
| 1/5/2021 | | Adjustment ☁ WRITE off due to bankruptcy | 04 - Interest | ($53.96) | $1,729.45 |
| 1/14/2021 | | Apply Interest | 04 - Interest | $5.39 | $1,734.84 |
| 2/11/2021 | | Apply Interest | 04 - Interest | $10.78 | $1,745.62 |
| 3/15/2021 | | Apply Interest | 04 - Interest | $10.78 | $1,756.40 |
| 5/17/2021 | | Apply Interest | 04 - Interest | $10.78 | $1,767.18 |

Shaded transactions were imported from another application.

# HOFFMAN LAW LLC
BY: Edward Hoffman, Jr., Esquire
Identification No. 88242
P.O. Box 609
Montgomeryville, PA 18936
484-229-8850

---

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Colin Peters | : | Chapter 13 |
|         Debtor | : | |
| | : | No. 5:19-bk-03928 |
| | : | |
| Old Farm Estates Homeowners | : | |
| Association, Inc. | : | |
|         Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Colin Peters | : | |
|         Respondent | : | |

## CERTIFICATE OF SERVICE

I, Edward Hoffman, Jr., Esquire, hereby certify that the Motion, Notice and Proposed Order for Relief from the Automatic Stay was served by first class mail, postage on the following:

    Vincent Rubino, Esquire
    Newman, Williams, Mishkin, Corveleyn, Wolfe & Fareri
    P.O. Box 511
    712 Monroe Street
    Stroudsburg, PA 18360

    Colin Peters
    183 Anna Road
    Blakeslee, PA 18610

    Charles J. DeHart, III, Chapter 13 Trustee
    *Via E-filing*

    U.S. Trustee
    *Via E-filing*

HOFFMAN LAW LLC

By: _____
Edward Hoffman, Jr., Esquire
Attorney for Plaintiff

Date: June 16, 2021