# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Colin David Peters

CHAPTER 13

CASE NO. 5 - 19 -bk- 0328

**Debtor(s)**
Old Farm Estates Homeowners Association, Inc.

ADVERSARY NO. __-__ ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
Colin David Peters

Nature of Proceeding: Motion for Relief

**Defendant(s)/Respondent(s)**

Document #: 51

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Parties have reached an Agreement and a Stipulation is being executed by the parties.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 9/8/21

Attorney for Movant
Name: Edward Hoffman, Jr.
Phone Number: 484-229-8850

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.