IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Colin Peters | : | Chapter 13 |
|     Debtor | : | |
| | : | No. 5:19-bk-03928 |
| | : | |
| Old Farm Estates Homeowners | : | |
| Association, Inc. | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Colin Peters | : | |
|     Respondent | : | |

## ORDER TO APPROVE STIPULATION

AND NOW, this _____ day of _____, 2021, the Stipulation between, Old Farm Estates Homeowners Association, Inc. and Debtor, Colin Peters, is approved. The Association's Motion for Relief is marked withdrawn.

_____
J.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Colin Peters
        Debtor

Old Farm Estates Homeowners
Association, Inc.
        Movant

v.

Colin Peters
        Respondent

Chapter 13

No. 5:19-bk-03928

## STIPULATION

It is hereby stipulated by and between Old Farm Estates Homeowners Association, Inc., by its attorney, Edward Hoffman, Jr., Esquire, and Colin Peters ("Debtor"), by his attorney, Robert J. Kidwell, Esquire, as follows:

1. The Debtor owns the property at 183 Anna Road, Blakeslee, Pennsylvania. The property is a Unit in Old Farm Estates Homeowners Association, Inc. The Debtor also occupies the Unit.

2. Debtor agrees to amend his plan under secured claims with Old Farm Estates Homeowners Association, Inc. from $710.02 to $2,498.41.

3. Debtor agrees to make timely post-petition payments as of January 1, 2022 in the amount of $473.00 (or, if the 2022 Assessment differs, the full amount of same).

4. If Debtor does not make all of the agreed post-petition assessments as agreed after 10 days' written notice to Debtor and Debtor's counsel, the Association shall be entitled to relief from the stay upon the filing of an Affidavit of Default.

**HOFFMAN LAW LLC**               **NEWMAN WILLIAMS, P.C.**

By: _____      By: _____
    Edward Hoffman, Jr., Esquire      Robert J. Kidwell, Esquire
    Attorney for Movant               Attorney for Debtor

                                  By: _____
                                      Colin Peters, Debtor