UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Colin David Peters** | : | Chapter 13 |
| aka Colin D. Peters | : | Case No. **5:19-bk-03928-MJC** |
| aka Colin Peters | : | |
| aka Collin Peters | : | |
| | : | |
| Debtor | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **Colin David Peters,** | : | |
| Movant, | : | |
| v. | : | Motion to |
| M&T Bank, | : | Approve Loan Modification |
| Respondent, | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF MAILING:
### MOTION TO APPROVE LOAN MODIFICATION

I hereby certify that on May 1, 2024, I caused to be served by first class mail, postage prepaid, true and correct copies of the foregoing **Motion to Approve Loan Modification** in the above referenced case on creditors listed on the attached mailing matrix, excluding the Office of the US Trustee and the Trustee, who were served through CM/ECF system.

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert Kidwell
Robert Kidwell, Esquire
Attorney for Debtor
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:19-bk-03928-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Wed May  1 14:42:46 EDT 2024 | Old Farm Estates HOA<br>c/o Edward Hoffman<br>P.O. Box 609<br>Montgomeryville, PA 18936-0609 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| (p)AR RESOURCES INC<br>PO BOX 1056<br>BLUE BELL PA 19422-0287 | CAPITAL BANK<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 | COMCAST<br>C/O SOUTHWEST CREDIT SYSTEMS<br>4120 INTERNATIONAL PKWY SUITE 1100<br>CARROLLTON, TX 75007-1958 |
| FINANCIAL RECOVERIES<br>200 E PARK DR STE 100<br>MOUNT LAUREL, NJ 08054-1297 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107-0145 | KML LAW GROUP<br>STE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA 19106-1541 |
| (p)LEADERS FINANCIAL COMPANY<br>ATTN ATT KIMBERLY RIVERA<br>21 COMMERCE DRIVE<br>SUITE 101<br>CRANFORD NJ 07016-3519 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | Olde Farm Estates Homeowners Association, In<br>P.O. Box 687<br>Moscow, PA 18444-0687 |
| (p)PERITUS PORTFOLIO SERVICES II  LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 | Quantum3 Group LLC as agent for<br>Bluestem and SCUSA<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br>Quantum3 Group LLC as agent for<br>Sadino Funding LLC   98083-0788 |
| SANTANDER CONSUMER USA<br>ATTN BANKRUPTCY DEPT<br>PO BOX 560284<br>DALLAS, TX 75356-0284 | UNIVERSITY RADIOLOGY GROUP PC<br>PO BOX 1075<br>EAST BRUNSWICK, NJ 08816-1075 | WEBBANK/FINGERHUT<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD, MN 56303-0820 |
| Colin David Peters<br>Post Office Box 1047<br>Blakeslee, PA 18610-1047 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Robert J Kidwell III<br>Newman Williams<br>712 Monroe Street<br>Stroudsburg, PA 18360-2131 |
| Vincent Rubino<br>Newman Williams Mishkin Corveleyn et al<br>712 Monroe Street<br>PO Box 511<br>Stroudsburg, PA 18360-0511 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AMERICREDIT FINANCIAL SERVICES<br>801 CHERRY STREET<br>FORT WORTH, TX 76102 | AR RESOURCES INC<br>1777 SENTRY PKWY W<br>BLUE BELL, PA 19422 | LEADERS FINANCIAL COMPANY<br>21 COMMERCE DRIVE STE 101<br>CRANFORD, NJ 07016 |
| M&T BANK<br>ONE FOUNTAIN PLAZA<br>BUFFALO, NY 14203 | (d)M&T Bank<br>PO Box 840<br>Buffalo, NY 14240 | Pendrick Capital Partners II, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX  75014-1419 |
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)M&T Bank | (d)Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | End of Label Matrix<br>Mailable recipients    24<br>Bypassed recipients     2<br>Total                  26 |