**Fill in this information to identify the case:**

Debtor 1     Colin David Peters

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   19-03928 MJC

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of Creditor:**        M&T Bank                      **Court claim no.** (if known):    4

**Last 4 digits** of any number you use to identify the debtor's account:      3455
**Property address:**

183 Anna Road
Pocono Lake, PA 18347

| Part 2: | Prepetition Default Payments |
| --- | --- |

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                    $ _____

| Part 3: | Postpetition Mortgage Payment |
| --- | --- |

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:          04 / 01 / 2025

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.    Total postpetition ongoing payments due:                                          (a)        $ _____

b.    Total fees, charges, expenses, escrow, and costs outstanding:            + (b)      $ _____

c.    **Total.** Add lines a and b.                                                            (c)        $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Case 5:19-bk-03928-MJC    Doc 95    Filed 03/31/25    Entered 03/31/25 16:22:37    Desc
Document ID: 8081b600b97612bc103eeeb370bfa3eb66d99d12c0a508259eco1dab57b828a
Main Document      Page 1 of 3

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘/s/ 

Denise Carlon
31 Mar 2025, 16:08:40, EDT

Date       03/31/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Document ID: 8081b600b97612bc103eeeb370bfa3eb66d99d12c0a508259ec01dab457b828a

Case 5:19-bk-03928-MJC    Doc 95    Filed 03/31/25    Entered 03/31/25 16:22:37    Desc
Main Document      Page 2 of 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Colin David Peters aka Colin D. Peters aka Colin Peters aka Collin Peters<br>        **Debtor(s)** | **BK NO. 19-03928 MJC** |
| | **Chapter 13** |
| **M&T Bank**<br>        **Movant** | **Related to Claim No. 4** |
|    **vs.** | |
| **Colin David Peters aka Colin D. Peters aka Colin Peters aka Collin Peters**<br>        **Debtor(s)** | |
| **Jack N. Zaharopoulos**,<br>        **Trustee** | |

### CERTIFICATE OF SERVICE
### RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 31, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:


<u>Debtor(s)</u>
Colin David Peters aka Colin D. Peters aka Colin
Peters aka Collin Peters
Post Office Box 1047
Blakeslee, PA 18610-1047

<u>Attorney for Debtor(s) (via ECF)</u>
Robert J. Kidwell, III
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036


Method of Service:  electronic means or first-class mail

Dated: <u>March 31, 2025</u>


        **/s/ Denise Carlon**
        Denise Carlon Esquire
        Attorney I.D. 317226
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        201-549-2363
        dcarlon@kmllawgroup.com